Ray Rosenbluth v. The City of New York.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

29 West 17th Street, Inc., v. Philip Klinger.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Albert J. Courtney and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. John S. Munro and Another.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Edgar Joseph Noonan.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Francis E. Jones.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York v. Bernard Keelan.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Lucius N. Littauer v. Charles Watt, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of William F. Clare, as Sole Surviving Trustee for Annie Brennan, under the Last Will and Testament of William Brennan, Deceased. In the Matter of the Judicial Settlement of the Account of William F. Clare, as Sole Surviving Trustee for Margaret Brennan, under the Last Will and Testament of William Brennan, Deceased. In the Matter of the Judicial Settlement of the Account of William F. Clare, as Sole Surviving Trustee for Rosina Coffman, under the Last Will and Testament of William Brennan, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Sylvia C. Ratner v. George P. Ratner.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Lizzie Cohen v. 1165 Fulton Avenue Corporation. Charles Tisch, Inc., Edward J. Walsh.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title in Fee for Street Purposes to the Station, Building or Depot Now Situated on the South Side of Fordham Road, Formerly Pelham Avenue, between Park Avenue and North Third Avenue, in the Borough of The Bronx, City of New York.— Motion granted. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

William Morris and Others v. Frank Mitchell and Another, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Murray Simons and Others v. Abbey Zurkow.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.